# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINDOW CONTRACTING, INC.; RANDALL L. CAPELLE; and ASHLEE N. CAPELLE, <br><br> Defendants. | Case No.  18-1389-NJR-SCW |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff Selective Insurance Company of America, by and through its counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby dismisses without prejudice its claims and causes of action against all Defendants in the above captioned matter.

Dated:  July 26, 2018

Respectfully submitted,

*/s/ Kimberly M. Hare*
Kimberly M. Hare     IL #6323326
Kutak Rock LLP
One South Wacker, Suite 3910
Chicago, IL 60606
(312) 602-4100 (Telephone)
(312) 602-4101 (Facsimile)
kimberly.hare@kutakrock.com
**ATTORNEYS FOR PLAINTIFF**
**SELECTIVE INSURANCE**
**COMPANY OF AMERICA**

4822-3841-5726.1

**CERTIFICATE OF SERVICE**

I certify that a copy of the above was filed with the Court's CM/ECF system, and served via e-mail on this 26th day of July, 2018 to the following:

Jeffery A. Cain
Cadagin & Cain P.C.
1518 Vandalia
Collinsville, IL 62234
(618) 345-1235 (Telephone)
(618) 345-1237 (Facsimile)
jeffcainlaw@gmail.com
Attorney for Lindow Contracting, Inc.

Randall L. Capelle
Ashlee N. Capelle
608 West 5th Street
St. Jacob, IL 62281
towman@hometel.com

                                             */s/ Kimberly M. Hare*
                                             Attorney for Plaintiff