IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 18-CV-1389-NJR-SCW ) |
| LINDOW CONTRACTING, INC., RANDALL L. CAPELLE, and ASHLEE N. CAPELLE, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated July 26, 2018 (Doc. 8), this action was **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**DATED:  July 27, 2018**

JUSTINE FLANAGAN, Acting Clerk

By: s/ *Deana Brinkley*
    Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**